# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/23/2015 3:12:18 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12** - **15** - **00093** - **CR**

Trial Court Style: **TX V LOPEZ-HERNANDEZ**

Trial Court & County: **420th Nacogdoches**          Trial Court No.: **F1521498**

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: **7.2.2015**

Anticipated Number of Pages of Record: **508 (including exhibits)**

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☒    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either [pay] the required fee or to make arrangements to pay the fee for preparing the record.

☐    my duties listed below preclude working on this record:

☒    Other. (Explain.): **Awaiting payment of balance owed.**

I anticipate this record will be completed and forwarded to the 12ᵗʰ Court of Appeals by _____, and **I hereby request an additional _____ days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

**7.23.2015**
Date

**936 560 7798**
Office Phone Number

Signature *Andrea K Simmons*

Printed Name **Andrea K Simmons**

**a simmons @ co.nacogdoches.tx.us**
E-mail Address (if available)

Official Title **Court reporter**

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):

Name: Reynaldo Marin

Address: 216 N Church Street

Nacogdoches TX 75961

Phone no.:

Attorney for: Defendant

Lead Counsel for APPELLEE(S):

Name: Nicole Lo Stracco, DA
Andrew Jones, ADA

Address: 101 W Main St, Ste 250

Nacogdoches TX 75961

Phone no.: 936 560 7766

Attorney for: State

Lead Counsel for APPELLANT(S):

Name:

Address:

Phone no.:

Attorney for:

Lead Counsel for APPELLEE(S):

Name:

Address:

Phone no.:

Attorney for:

Additional                    information,                    if                    any: